UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                 Plaintiff        ) | CRIMINAL NO. _____ |
|                                  ) | |
|          vs.                     ) | ORDER |
|                                  ) | RELEASING MATERIAL WITNESS |
| Arce-Brecindo                    ) | |
|                                  ) | Booking No. |
|              Defendant(s)        ) | |

On order of the United States District/Magistrate Judge, **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

Guadalupe Arendano-Nunez

DATED: 5/28/2008

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____           OR
              DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
K. HAMMERLY