```
                                          FILED
                                        JUN - 5 2008
                                   CLERK U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1828  JAH |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(iv) and |
| TIRANA HABANA FIDELIA ) | (v)(II) - Inducing and Encouraging |
| ARCE-PRECIADO, ) | Illegal Aliens to Enter the United |
| aka Fidela Arce Preciado, ) | States and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about May 20, 2008, within the Southern District of California, defendant TIRANA HABANA FIDELIA ARCE-PRECIADO, aka Fidela Arce Preciado, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Guadalupe Avendano-Nunez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego