

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| TIRANA HABANA FIDELIA ARCE-PRECIADO, aka Fidela Arce Preciado, | CASE NUMBER: 08CR1828-JAH |

I, <u>TIRANA HABANA FIDELIA ARCE-PRECIADO, aka Fidela Arce Preciado</u>, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-5-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUN - 5 2008

_Fidelia Arce Preciado_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER