

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal No. **08CR1828-JAH**
                                      )
11                  Plaintiff,        )   **CONSENT TO RULE 11 PLEA IN A**
                                      )   **FELONY CASE BEFORE UNITED**
12   v.                               )   **STATES MAGISTRATE JUDGE**
                                      )
13   **TIRANA HABANA FIDELIA ARCE-**  )
     **PRECIADO,**                    )
14                                    )
                                      )
15                  Defendant.        )
     ────────────────────────────────

16

17        I have been advised by my attorney and by the United States

18   Magistrate Judge of my right to enter my plea in this case before

19   a United States District Judge.  I hereby declare my intention to

20   enter a plea of guilty in the above case, and I request and

21   consent to have my plea taken by a United States Magistrate Judge

22   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

23        I understand that if my plea of guilty is taken by the

24   United States Magistrate Judge, and the Magistrate Judge

25   recommends that the plea be accepted, the assigned United States

26   District Judge will then decide whether to accept or reject any

27   plea agreement I may have with the United States and will

28   adjudicate guilt and impose sentence.

          I further understand that any objections to the Magistrate

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.

3

4

5  Dated: _06/24/08_

   *Fidelia Arce Preciado.*

6                                  TIRANA HABANA FIDELIA ARCE-PRECIADO
                                   Defendant

7

8

9  Dated: _06/24/08_

10                                 FRANK A. BALISTRIERI
                                   Attorney for Defendant

11

12      The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.

15

16

17  Dated: _06/24/08_

18                                 Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28